# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

| | |
|---|---|
| IN RE: : | Case No.   19-61432 |
| : | |
| SUSAN C. BARODOFSKY     : | Chapter 7 |
| Debtor(s)         : | |
| : | Judge Rebecca B. Connelly |
| : | |

## MOTION TO DISMISS

Comes now Hannah W. Hutman, Trustee in the above-styled case, and moves the Court to dismiss the pending proceeding pursuant to Bankruptcy Code §707(a)(1) due to the Debtor's failure to attend the scheduled 341 meetings on September 23, 2019, the continued meeting on October 28, 2019, and the continued meeting on November 15, 2019.  Accordingly, the Trustee respectfully requests the Court to enter an order dismissing the case, and for such other and further relief as is proper.

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned Trustee, by counsel, will move the United States Bankruptcy Court for the relief requested in this **Motion,** at a hearing in **Bankruptcy Courtroom 200,** located at **U.S. Courthouse, 255 W. Main Street, Charlottesville, Virginia at 10:00 a.m. on December 18, 2020** or as soon thereafter as the parties may be heard. If you do not want the court to grant the Trustee's **Motion** or if you want the court to consider your views on the motion, then on or before 7 DAYS BEFORE THE SCHEDULED HEARING, you or your attorney must:

1. File with the court a written response at:

   Clerk, U.S. Bankruptcy Court,
   1101 Court Street, Room 166, Lynchburg, VA 24504

2. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

3. You must also mail a copy to:

| | |
|---|---|
| Office of the U. S. Trustee | Hannah W. Hutman, Trustee |
| First Campbell Square Building | 342 S. Main Street |
| 210 First Street, Suite 505 | Harrisonburg, VA 22801 |
| Roanoke, VA   24011 | |

4. Attend the hearing at the date and time set forth above.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion, may enter an order granting that relief, and cancel the schedule hearing.

Dated: November 22, 2019

Respectfully submitted,

HANNAH W. HUTMAN, TRUSTEE

/s/ Hannah W. Hutman
Hannah W. Hutman, Trustee
342 S. Main Street
(540) 433-2444
hhutman@hooverpenrod.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion was mailed, postage prepaid, on November 22, 2019, to SUSAN COOPER BARODOFSKY, Debtor(s) at the address set forth in the petition 36 JEFFERSON DRIVE, PALMYRA, VA 22963 and mailed to or electronically served on WILLIAM T. HARVILLE 327 MAIN ST. #3 CHARLOTTESVILLE, VA 22903 attorney for the debtor.

/s/ Hannah W. Hutman
Hannah W. Hutman, Chapter 7 Trustee